[Cite as *02/03/2003 Case Announcements,* 2003-Ohio-469.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *February 3, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–2061.   State ex rel. Mulholland v. Schweikert.**
Hamilton App. No. C–020603. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion for extension of time to file a merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 28, 2003.

## MISCELLANEOUS DISMISSALS

**2002–1245.   Estate of Houser v. Motorist Ins. Co.**
Auglaize App. No. 2–02–02, 2002-Ohio-2845. This cause is pending before the court as an appeal from the Court of Appeals for Auglaize County. Upon consideration of the joint application for dismissal of appellees Hartford Ins. Co., Hartford Fire Ins. Co., and Hartford Specialty Ins. Co.,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the remainder of the appeal remain pending.

**2003–0035.   State ex rel. Schmidt v. Anderson.**
Franklin App. No. 02AP–355. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0126.   State v. Northern.**
Allen App. No. 1–01–01, 2002-Ohio-6594. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *02/04/2003 Case Announcements,* 2003-Ohio-501.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *February 4, 2003*

## MOTION AND PROCEDURAL RULINGS

**2002–1847.   Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1413. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 28, 2003.